Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
(702)384-9900
(702)384-5900 (fax)
Steve@SJPlawyer.com

Attorney for Plaintiff
**ANN MARIE JERDAN**, an individual

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **ANN MARIE JERDAN**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),** a Michigan corporation; and **SIGNATURE RESOURCES, INSURANCE & FINANCIAL SERVICES, INC.,** a California corporation,<br><br>Defendants.<br>_____/ | Case No. **2:10-cv-1441-KJD-(PAL)**<br><br>**THE PARTIES' STIPULATION TO DISMISS THE CASE, *WITH PREJUDICE*** |

The parties, by their counsel of record, hereby stipulate to dismiss the case, *with prejudice*, with each party paying its own fees and costs of suit.

| | |
|---|---|
| Dated: Wednesday, May 25, 2011. | Dated: Wednesday, May 25, 2011. |
| LAW OFFICES OF STEVEN J. PARSONS | LEWIS AND ROCA, LLP |
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>Nevada Bar No. 363 | /s/ Daniel S. Ivie<br>DANIEL S. IVIE<br>Nevada Bar No. 10090 |
| Attorney for Plaintiff<br>**ANN MARIE JERDAN** | Attorneys for Defendants<br>**JOHN HANCOCK LIFE INSURANCE CO. (U.S.A.)** and **SIGNATURE RESOURCES, INSURANCE & FINANCIAL SERVICES, INC.** |

*Law Offices of Steven J. Parsons*
*7201 W. Lake Mead Blvd., Ste. 108*
*Las Vegas, Nevada 89128-8354*
*(702)384-9900; fax (702)384-5900*
Steve@SJPlawyer.com

Page 1 of  2

1

## ORDER

2 **IT IS SO ORDERED.**

3 Dated: August 15, 2011

_____
4 **U.S. DISTRICT/MAGISTRATE JUDGE**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27